PROB 19
(Rev. 5/92)

# UNITED STATES DISTRICT COURT

for

Western District of Texas

**FILED**
SEP 2 8 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

U.S.A. vs  Martin Martinez             Docket No. MO-12-CR-212

TO:[1]    U.S. Marshals

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Martin Martinez | SEX<br>M | RACE<br>W | AGE<br>23 |
| ADDRESS (STREET, CITY, STATE)<br>4000 N. Co. Rd. 1130, Space #7, Midland, Texas 79706 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Western District of Texas, Midland / Odessa Division | DATE IMPOSED<br>December 20, 2010 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. District Court, Midland, Texas | | | |
| CLERK<br>William G. Putnicki | (BY) DEPUTY CLERK | DATE<br>8-13-12 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTIVE AGENCY (NAME AND ADDRESS) U.S.M.S. 200 E. Wall #213, Midland TX 79701 | | |
| NAME<br>Robert Almonde | (BY) | DATE<br>9/25/12 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any authorized officer," or "United States Marshal _____ District of _____;" or "any United States Marshal;" or "any special agent of the Federal Bureau of Investigation;" or "any United Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."